## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                                Case No. _____

**Ted's Fruit Market, Inc.** _____   Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................. $ _____**4,694.00**

Prior to the filing of this statement I have received ...................................................... $ _____**4,694.00**

Balance Due .............................................................................................. $ _____**0.00**

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☐ Debtor  ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]
    **Per Representation Agreement**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Per Representation Agreement**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____          _____
    **February 27, 2012**                        **/s/ John E. Gierum**
    Date                                     **John E. Gierum 0951803**
                                             **Gierum & Mantas**
                                             **9700 West Higgins Road Suite 1015**
                                             **Rosemont, IL  60018**

                                             **jgierum@7trustee.net**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# GIERUM & MANTAS

9700 WEST HIGGINS ROAD
SUITE 1015
ROSEMONT, ILLINOIS 60018
847.318.9130
FACSIMILE 847.318.9140

JOHN E. GIERUM
WILLIAM J. MANTAS

e-mail: john@gierummantas.com
WRITER'S EXT. NO. 1

## REPRESENTATION AGREEMENT

I,    Ted's Fruit Market, Inc.            , discussed with GIERUM & MANTAS my/our objectives in filing this case and I agree to pay $   4694      for legal services for filing Chapter 7. In addition, I agree to pay court costs of $306. I also agree to pay said fee before the filing of the case, and to provide the attorney with full, accurate and timely information, financial and otherwise, including properly documented proof of income and copies of tax returns filed.

GIERUM & MANTAS agrees to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in regards to the advisability of filing either a Chapter 7 or Chapter 11 case
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required
c. Advise the debtor of the requirement to attend the meeting of creditors, and notify the debtor of the date, time and place of the meeting
d. Representation of the debtor at the meeting of the creditors and confirmation hearing, and any adjourned hearings thereof

Above agreed fee does not include the following services:

a. 2004 examinations
b. contested hearings
c. adversary proceedings
d. any motions to compel, to reopen or to avoid Judgment Lien in Chapter 7
e. any audits exceeding more than 3 hours

Fees for the services rendered on non-inclusive services will be at the hourly billing rate of $350.00 an hour for John E. Gierum's time and $200.00 an hour for associate attorney.

Above agreed fee agreement is terminated with an issuance of discharge and case closing or dismissal of the case. The services of GIERUM & MANTAS can be terminated at any time. Similarly, GIERUM & MANTAS may withdraw from its representation of you, consistent with the Rules of Professional Conduct, should you fail to disclose any material facts or act contrary to the Firm's advice, or if anything else occurs that, in the Firm's judgment, impairs its ability to continue an effective attorney-client relationship.

Although we will perform our professional services on your behalf to the best of our ability, we cannot make, and have not made, any guarantees regarding the outcome of the matter for which you have engaged us. Our expressions about the outcome of the matter are our best professional estimates only and are limited by our knowledge at the time they are expressed.

Date: __2/20/2012_____
Signed:

_____

_____

_____
                                    Attorney for Debtor

B201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

IN RE:

Case No. _____

**Ted's Fruit Market, Inc.**

Chapter **7** _____

Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

_____

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X** _____

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Ted's Fruit Market, Inc.**

**X** _/s/_                                                          **2/27/2012**

Printed Name(s) of Debtor(s)

Signature of Debtor                                        Date

Case No. (if known) _____

**X** _____

Signature of Joint Debtor (if any)                    Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ted's Fruit Market, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **36-3833385** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2840 W. Devon Avenue**<br>**Chicago, IL**<br><br>ZIPCODE **60659** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**2840 W. Devon Avenue, Chicago, IL**<br><br>ZIPCODE **60659** |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>**Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☑ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11         Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                            Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>debts, defined in 11 U.S.C.         business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)                                                                                            Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Ted's Fruit Market, Inc.** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)                                        Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)                                                                                                Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Ted's Fruit Market, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
　　Signature of Debtor

X _____
　　Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐　I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐　Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
　　Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney***

X */s/ John E. Gierum*
　Signature of Attorney for Debtor(s)

**John E. Gierum 0951803
Gierum & Mantas
9700 West Higgins Road Suite 1015
Rosemont, IL  60018**

**jgierum@7trustee.net**

**February 27, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
　　Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Nick Pappas*
　Signature of Authorized Individual

**Nick Pappas**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 27, 2012**
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                    Case No. _____

Ted's Fruit Market, Inc. _____    Chapter **7** _____

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $          0.00 | | |
| B - Personal Property | Yes | 3 | $     84,900.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $          0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $      4,181.56 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | $    556,299.29 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 37 | $     84,900.00 | $    560,480.85 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE __Ted's Fruit Market, Inc._____    Case No. _____
                       Debtor(s)                                                 (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | **TOTAL** | **0.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE Ted's Fruit Market, Inc.
_____          Case No. _____
            Debtor(s)                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE __Ted's Fruit Market, Inc.__                                      Case No. _____
_____Debtor(s)_____                                              _____(If known)_____

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Freightliner Box Truck** <br> **2003 Ford Econoline van** | | **6,000.00** <br> **2,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **4 walkin coolers and compressors** <br> **40 feet deli cooler** <br> **50 feet produce cooler** <br> **approx 30 shopping carts** <br> **approx 60 feet dairy cooler** <br> **cash register system- ( Obsolete but works)** <br> **Clark forklift** | | **16,000.00** <br> **15,000.00** <br> **15,000.00** <br> **100.00** <br> **15,000.00** <br> **500.00** <br> **3,000.00** |

B6B (Official Form 6B) (12/07) - Cont.

IN RE  **Ted's Fruit Market, Inc.**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **miscellaneous grocery store shelving** | | **2,000.00** |
| | | **trash compactor** | | **10,000.00** |
| 30.  Inventory. | | **remaining miscellaneous** | | **300.00** |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **84,900.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Ted's Fruit Market, Inc.**                                    Case No. _____
_____                                    _____
                        Debtor(s)                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:              ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE **Ted's Fruit Market, Inc.**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | $ |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE Ted's Fruit Market, Inc.
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Ted's Fruit Market, Inc.**
_____
Debtor(s)    (If known)    Case No. _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_____
**Taxes and Other Certain Debts Owed to Governmental Units**
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3097** **Illinois Department Of Revenue** **33 S. State, 9th Floor** **Chicago, IL  60603-2802** | | | **2/2010 CA-0301** | | | | **675.56** | **675.56** | |
| ACCOUNT NO. **1486** **Illinois Department Of Revenue** **P.O. Box 64338** **Chicago, IL  60664-0338** | | | | | | | **unknown** | | |
| ACCOUNT NO. **Internal Revenue Service** **Cincinnati, OH  45999-0039** | | | | | | | **unknown** | | |
| ACCOUNT NO. **Internal Revenue Service** **Cincinnati, OH  45999-0039** | | | **Federal Tax Lien** | | | | **3,506.00** | **3,506.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**1**__ of __**1**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **4,181.56** | $ **4,181.56** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **4,181.56** | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **4,181.56** | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Ted's Fruit Market, Inc.** _____   Case No. _____
           Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**3AAA Pest Control**<br>**7921 W. 101st Street**<br>**Palos Hills, IL  60465** | | | | | | | **0.00** |
| ACCOUNT NO. **RKET**<br><br>**A & A Store Equipment, Inc.**<br>**4259 S. Western Boulevard**<br>**Chicago, IL  60609** | | | | | | | **104.64** |
| ACCOUNT NO.<br><br>**A.B. Company, Inc.**<br>**6525 North Proesel Avenue**<br>**Lincolnwood, IL  60712** | | | | | | | **7,150.58** |
| ACCOUNT NO. **2571**<br><br>**AAA Price Tag & Specialty Co.**<br>**3388 North Avondale Avenue**<br>**Chicago, IL  60618** | | | | | | | **2,051.62** |

___**26**___ continuation sheets attached

Subtotal
(Total of this page)   $   **9,306.84**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ted's Fruit Market, Inc.**                    Case No. _____
_____          _____
            Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **ABCO Distributing** <br> **P.O. Box 59226** <br> **Chicago, IL  60659** | | | | | | | **23.70** |
| ACCOUNT NO. <br> **Agudath Israel Of Illinois** <br> **3555 West Peterson** <br> **Chicago, IL  60659** | | | | | | | **330.00** |
| ACCOUNT NO. <br> **Alef Sausage, Inc.** <br> **1026 Campus Drive** <br> **Mundelein, IL  60060** | | | | | | | **454.35** |
| ACCOUNT NO. **4537** <br> **Allied West** <br> **2608 South Damen** <br> **Chicago, IL  60608** | | | | | | | **493.73** |
| ACCOUNT NO. **9295** <br> **Alpha Omega Pest Control** <br> **P.O. Box 1285** <br> **Lombard, IL  60148** | | | | | | | **70.00** |
| ACCOUNT NO. **0611** <br> **American Nut & Candy, Inc.** <br> **7125 W. Devon** <br> **Niles, IL  60714** | | | | | | | **1,080.00** |
| ACCOUNT NO. <br> **AmTrust North America** <br> **Technology Insurance Company** <br> **5800 Lombardo Center** <br> **Cleveland, OH  44131-2550** | | | **Workers' Comp carrier** | | | | **unknown** |

Sheet no. ____**1**____ of ____**26**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **2,451.78**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ted's Fruit Market, Inc.**                                           Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Nationwide** <br> **Nick G. Roumeliotis, Ltd.** <br> **1141 S. Arlington Hts. Rd., Unit H** <br> **Arlington Heights, IL  60005-3165** | | | Assignee or other notification for: <br> **AmTrust North America** | | | | |
| ACCOUNT NO. **7846** <br> **Anthony Marano Company** <br> **3000 South Ashland Avenue, Ste. 100** <br> **Chicago, IL  60608** | | | | | | | 2,869.50 |
| ACCOUNT NO. <br> **Michael T. Stanley** <br> **ORDOWER & ORDOWER, P.C.** <br> **One North LaSalle St., Ste. 1300** <br> **Chicago, IL  60602** | | | Assignee or other notification for: <br> **Anthony Marano Company** | | | | |
| ACCOUNT NO. <br> **Argo, Inc.** <br> **Georgian Bakery** <br> **2812 West Devon** <br> **Chicago, IL  60659** | | | | | | | 117.00 |
| ACCOUNT NO. <br> **Arie Crown Hebrew Day School** <br> **4600 Main Street** <br> **Skokie, IL  60076** | | | | | | | 0.00 |
| ACCOUNT NO. **TED** <br> **Ashland Sausage Co.** <br> **280 Westgate Drive** <br> **Carol Stream, IL  60188** | | | | | | | 2,580.22 |
| ACCOUNT NO. **3360** <br> **AT&T** <br> **P.O. Box 5080** <br> **Carol Stream, IL  60197** | | | | | | | 1,011.30 |

Sheet no. **2** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        $  **6,578.02**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Ted's Fruit Market, Inc.**           Case No. _____

         Debtor(s)                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Athanasios Gouliamos** <br> **212 E. Cullertn St., Unit 502** <br> **Chicago, IL 60616** | | | | | | X | 40,000.00 |
| ACCOUNT NO. <br> **Auster Acquistions, LLC** <br> **2404 South Wolcott Avenue** <br> **Chicago, IL 60608** | | | | | | | 22,772.00 |
| ACCOUNT NO. **0681** <br> **Automatic Icemakers LLC** <br> **P.O. Box 5436** <br> **Chicago, IL 60680** | | | | | | | 275.40 |
| ACCOUNT NO. <br> **Bais Yaakov High School Of Chicago** <br> **333 W. Peterson Avenue** <br> **Chicago, IL 60659** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Baltic Bread** <br> **200 Gibson Avenue** <br> **Hamilton, ON L8L 6K1** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Baltic Food Distributing, Inc.** <br> **1349 Enterprise Drive** <br> **Romeoville, IL 60446** | | | | | | | 168.00 |
| ACCOUNT NO. <br> **Banner Wholesale Grocers** <br> **3000 S. Ashland Ave., #30** <br> **Chicago, IL 60608** | | | | | | | 0.00 |

Sheet no. **3** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 63,215.40

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ted's Fruit Market, Inc.** _____    Case No. _____
                      Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Banner Wholesale**<br>**115 South Water Market**<br>**Chicago, IL  60608** | | | Assignee or other notification for:<br>**Banner Wholesale Grocers** | | | | |
| ACCOUNT NO. **9442**<br>**Battaglia Distributing Co., Inc.**<br>**2500 S. Ashland Avenue**<br>**Chicago, IL  60608** | | | | | | | **516.40** |
| ACCOUNT NO. **1402**<br>**Bimbo Foods, Inc.**<br>**65 S. Fairbank Street**<br>**Addison, IL  60101** | | | | | | | **41.14** |
| ACCOUNT NO.<br>**Boss Trading Corp.**<br>**843 North Central Avenue**<br>**Wood Dale, IL  60191** | | | | | | | **1,400.00** |
| ACCOUNT NO.<br>**Bread And Cake Distribution, Inc.**<br>**195 N. Harbor Drive, Unit 3209**<br>**Chicago, IL  60601** | | | | | | | **38.00** |
| ACCOUNT NO. **8201**<br>**Brickyard Bank**<br>**6676 N. Lincoln Avenue**<br>**Lincolnwood, IL  60712** | | | | | | | **unknown** |
| ACCOUNT NO. **2667**<br>**Caramela Bakery**<br>**3945 West Armitage Avenue**<br>**Chicago, IL  60647** | | | | | | | **172.70** |

Sheet no.   **4** of   **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                Subtotal
(Total of this page)  $ **2,168.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Ted's Fruit Market, Inc.**                                                                    Case No. _____
_____                                         _____
Debtor(s)                                                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Cassidy Tire & Service** <br> **4907 Main Street** <br> **Skokie, IL  60077** | | | | | | | 0.00 |
| ACCOUNT NO. **TEDS** <br> **Cedar's Mediterranean Distribution, Inc.** <br> **P.O. Box 5951** <br> **Springfield, MA  01101-5951** | | | | | | | 2,026.60 |
| ACCOUNT NO. **R129** <br> **Chicago Packaging Supply, Inc.** <br> **5750 West Bloomingdale** <br> **Chicago, IL  60639** | | | | | | | 1,428.00 |
| ACCOUNT NO. **1256** <br> **City Of Chicago** <br> **C/O  Heller And Frison** <br> **33 N. LaSalle Street, Ste. 1200** <br> **Chicago, IL  60602** | | | **City of Chicago v. Ted's Fruit Market** <br> **Case No. 12 M1 651256** | | | | 9,406.14 |
| ACCOUNT NO. **2000** <br> **City Of Chicago - Dep. Of Buildings** <br> **120 N. Racine, 1st Floor** <br> **Chicago, IL  60607** | | | | | | | 0.00 |
| ACCOUNT NO. **2830** <br> **City Of Chicago - Department Of Finance** <br> **C/O Arnold Scott Harris, P.C.** <br> **222 Merchandise Mart Plaza, Ste. 1932** <br> **Chicago, IL  60654** | | | **Red Light Violation #07003384089** | | | | 244.00 |
| ACCOUNT NO. **4200** <br> **City Wide Produce Dist.** <br> **2404 S. Wolcott Avenue** <br> **Chicago, IL  60608** | | | | | | | 12,446.75 |

Sheet no. ____**5**____ of ____**26**____ continuation sheets attached to                                     Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)  $  **25,551.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

IN RE **Ted's Fruit Market, Inc.**                                              Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **evon** <br> **City Wide Produce Dist.** <br> **2404 S. Wolcott Avenue** <br> **Chicago, IL  60608** | | | | | | | **3,496.25** |
| ACCOUNT NO. **9902** <br> **Coca-Cola Refreshments** <br> **Cicero Sales Center** <br> **2335 Paysphere Circle** <br> **Chicago, IL  60674** | | | | | | | **603.80** |
| ACCOUNT NO. **8019** <br> **ComEd** <br> **10 South Dearborn, 48th Floor** <br> **Chicago, IL  60603** | | | | | | | **679.75** |
| ACCOUNT NO. **Nick** <br> **Coosemans Chicago, Inc.** <br> **2404 S. Wolcott, Unit 13** <br> **Chicago, IL  60608** | | | | | | | **948.00** |
| ACCOUNT NO. **6632** <br> **Corfu Foods, Inc.** <br> **755 Thomas Drive** <br> **Bensenville, IL  60106** | | | | | | | **1,826.00** |
| ACCOUNT NO. **9193** <br> **Country Gas** <br> **4010 Highway 14** <br> **Crystal Lake, IL  60014** | | | | | | | **200.66** |
| ACCOUNT NO. <br> **CPP** <br> **3220 Keller Springs Road, #128** <br> **Carrollton, TX  75006** | | | **Merchant Pro xsc4550 Pin Pad 1300** | | | | **0.00** |

Sheet no. **6** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **7,754.46**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ted's Fruit Market, Inc.**                                          Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lease Finance Group, LLC**<br>**233 N. Michigan Ave., Suite 1800**<br>**Chicago, IL  60601** | | | Assignee or other notification for:<br>**CPP** | | | | |
| ACCOUNT NO.<br>**Crandall, Dubow & Harner, Inc.**<br>**3175 Commercial Avenue, Ste. 200**<br>**Northbrook, IL  60062** | | | **Commercial Package, Policy No. GSP547158**<br>**Commercial Automobile, Policy No. CAP547159**<br>**Umbrella Liability, Policy N. UXL547160j** | | | | **0.00** |
| ACCOUNT NO. **ED03**<br>**Cumex Distributors, Inc.**<br>**4545 West Homer**<br>**Chicago, IL  60639** | | | | | | | **632.50** |
| ACCOUNT NO.<br>**D.M. Emporium**<br>**3014 Willow Street**<br>**Franklin Park, IL  60131** | | | | | | | **0.00** |
| ACCOUNT NO. **8574**<br>**Dairy Fresh Foods, Inc.**<br>**21405 Trolley Industrial Drive**<br>**Taylor, MI  48180-1811** | | | | | | | **1,011.10** |
| ACCOUNT NO. **6945**<br>**Dearborn Wholesale Grocers, L.P.**<br>**2801 South Western**<br>**Chicago, IL  60608** | | | | | | | **8,009.73** |
| ACCOUNT NO.<br>**Delta Marketing**<br>**2476 East Oakton**<br>**Arlington Heights, IL  60005** | | | | | | | **0.00** |

Sheet no. ____**7**__ of ____**26**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,653.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Ted's Fruit Market, Inc.** _____    Case No. _____
                               Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5575** <br> **Dietz & Kolodenko** <br> **2404 S. Wolcott, #24-25** <br> **Chicago, IL  60608** | | | | | | | **1,837.00** |
| ACCOUNT NO. **2084** <br> **Dr. Pepper Snapple Group** <br> **401 N. Railroad Avenue** <br> **Northlake, IL  60164** | | | | | | | **275.85** |
| ACCOUNT NO. **1977** <br> **DTI Huntley** <br> **P.O. Box 800** <br> **Huntley, IL  60142** | | | | | | | **665.05** |
| ACCOUNT NO. **DFRU** <br> **Dutch Farms, Inc.** <br> **700 E. 107th Street** <br> **Chicago, IL  60628** | | | | | | | **330.00** |
| ACCOUNT NO. **TEDS** <br> **Eagle Distributors, Inc.** <br> **5632 N. Northwest Highway** <br> **Chicago, IL  60646** | | | | | | | **824.60** |
| ACCOUNT NO. <br> **Eure-Delights** <br> **910 W. Randolph** <br> **Chicago, IL  60607** | | | | | | | **0.00** |
| ACCOUNT NO. **7623** <br> **Europa Bakery** <br> **4345 West 47th Street** <br> **Chicago, IL  60632** | | | | | | | **121.00** |

Sheet no. ___**8**___ of ___**26**___ continuation sheets attached to          Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims          (Total of this page) | $ | **4,053.50**

                                                                      Total
                                 (Use only on last page of the completed Schedule F. Report also on
                                 the Summary of Schedules, and if applicable, on the Statistical
                                 Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Ted's Fruit Market, Inc.                                                    Case No. _____
_____
              Debtor(s)                                                                  (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1993** <br><br> **Evergreen International, Inc.** <br> **2404 S. Wolcott, Units 8 & 9** <br> **Chicago, IL  60608** | | | | | | | 37.00 |
| ACCOUNT NO. **0210** <br><br> **Fantis Imports, Inc.** <br> **3612 N. Acorn Lane** <br> **Franklin Park, IL  60131** | | | | | | | 1,022.80 |
| ACCOUNT NO. **3602** <br><br> **First  Advantage** <br> **100 Throckmorton St., Ste. 1800** <br> **Ft. Worth, TX  76102** | | | | | | | 14.95 |
| ACCOUNT NO. **0506** <br><br> **Flowmaster** <br> **13527 S. Brainard** <br> **Chicago, IL  60633** | | | | | | | 2,800.00 |
| ACCOUNT NO. **6802** <br><br> **Food Depot International** <br> **1178 Flex Court** <br> **Lake Zurich, IL  60047** | | | | | | | 431.00 |
| ACCOUNT NO. <br><br> **Fresh Made** <br> **810 Bleigh Avenue** <br> **Philadelphia, PA  19111-3096** | | | | | | | 0.00 |
| ACCOUNT NO. **8636** <br><br> **Frito-Lay** <br> **P.O. Box 6431103** <br> **Pittsburgh, PA  15264-3103** | | | | | | | 241.62 |

Sheet no. __**9**__ of __**26**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **4,547.37**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ted's Fruit Market, Inc.** _____    Case No. _____

| Debtor(s) | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0616**<br>**Fullerton Cash Registers**<br>**5791 North Elston Avenue**<br>**Chicago, IL  60646** | | | | | | | **4,000.00** |
| ACCOUNT NO. **2099**<br>**Futuro Foods**<br>**3115 Madison St., Unit F**<br>**Bellwood, IL  60104** | | | | | | | **347.00** |
| ACCOUNT NO. **1014**<br>**G & B Plumbing & Heating**<br>**P.O. Box 597331**<br>**Chicago, IL  60659** | | | | | | | **300.00** |
| ACCOUNT NO.<br>**George's Sign Service, Inc.**<br>**P.O. Box 184**<br>**Palos Park, IL  60464** | | | | | | | **142.00** |
| ACCOUNT NO.  **151**<br>**Globe Resource, Inc.**<br>**5231 W. Cullom Avenue**<br>**Chicago, IL  60641** | | | | | | | **329.80** |
| ACCOUNT NO. **6739**<br>**Gold Star**<br>**570 Smith Street**<br>**Brooklyn, NY  11231** | | | | | | | **308.00** |
| ACCOUNT NO. **6260**<br>**Goya**<br>**1401 Remington Blvd.**<br>**Bolingbrook, IL  60490** | | | | | | | **708.54** |

Sheet no. __**10**__ of __**26**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,135.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ted's Fruit Market, Inc.** _____   Case No. _____
                            Debtor(s)                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6603** <br> **Grand Prix** <br> **6153 W. Mulford St., Ste. B** <br> **Niles, IL  60714** | | | | | | | 1,239.53 |
| ACCOUNT NO. **0265** <br> **Grante Food International LLC** <br> **8770 W. Bryn Mawr Ave., Ste. 1300** <br> **Chicago, IL  60631** | | | | | | | 823.00 |
| ACCOUNT NO. <br> **Grinalat Foods?HYSON** <br> **2476 East Oakton** <br> **Arlington Heights, IL  60005** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hanmi, Inc.** <br> **5447 N. Wolcott** <br> **Chicago, IL  60640** | | | | | | | 0.00 |
| ACCOUNT NO. **DFRU** <br> **Heartland Produce Co.** <br> **4550 70th Avenue** <br> **Kenosha, WI  53144** | | | | | | | 3,395.00 |
| ACCOUNT NO. <br> **Hebros Foods** <br> **2662 American Lane** <br> **Elk Grove Village, IL  60007** | | | | | | | 0.00 |
| ACCOUNT NO. **2192** <br> **Hudson Energy** <br> **24919 Network Place** <br> **Chicago, IL  60673-1249** | | | | | | | 24,867.65 |

Sheet no. **11** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 30,325.18

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ted's Fruit Market, Inc.          Case No. _____
<br>_____ Debtor(s)                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8079**<br>**Hyson USA, Inc.**<br>**612 Supreme Drive**<br>**Bensenville, IL 60106** | | | | | | | 3,561.99 |
| ACCOUNT NO. **4017**<br>**Ideal Pastry**<br>**4763-65 N. Milwaukee**<br>**Chicago, IL 60630** | | | | | | | 46.50 |
| ACCOUNT NO. **6739**<br>**International Golden Foods, Inc.**<br>**819 Industrial Drive**<br>**Bensenville, IL 60106** | | | | | | | 1,239.00 |
| ACCOUNT NO. **5811**<br>**J.L. Gonzalez Produce, Inc.**<br>**2404 S. Wolcott Ave., Units 5-7**<br>**Chicago, IL 60608** | | | | | | | 40.00 |
| ACCOUNT NO. **9037**<br>**JAB Produce**<br>**2404 S. Wolcott**<br>**Chicago, IL 60608** | | | | | | | 285.50 |
| ACCOUNT NO. **2805**<br>**Jack Tuchten Wholesale Produce, Inc.**<br>**2404 S. Wolcott, Unit 31**<br>**Chicago, IL 60608** | | | | | | | 3,638.50 |
| ACCOUNT NO. **1265**<br>**Jerry Wolkenheim**<br>**7414 N. Crawford Avenue**<br>**Skokie, IL 60076** | | | | | | | 163.64 |

Sheet no. **12** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,975.13**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Ted's Fruit Market, Inc.**
_____   Case No. _____
Debtor(s)                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2682** <br> **Jewish Star** <br> **P.O. Box 268** <br> **Skokie, IL  60076** | | | | | | | **145.00** |
| ACCOUNT NO. **5495** <br> **Johnstone Supply** <br> **2525 N. Elston Avenue** <br> **Chicago, IL  60647** | | | | | | | **3,935.75** |
| ACCOUNT NO. **8062** <br> **Joseph Mullarkey Dist.** <br> **2200 Ridge Drive** <br> **Glenview, IL  60025** | | | | | | | **107.40** |
| ACCOUNT NO. **4924** <br> **K.M.K. Distributors** <br> **4731 W. Burleigh** <br> **Milwaukee, WI 53210** | | | | | | | **316.30** |
| ACCOUNT NO. **2270** <br> **Kehe Distributors** <br> **24972 Network Place** <br> **Chicago, IL  60673-1249** | | | | | | | **584.68** |
| ACCOUNT NO. <br> **KhD Distribution, LLC** <br> **P.O. Box 91836** <br> **Elk Grove, IL  60009** | | | | | | | **44.00** |
| ACCOUNT NO. <br> **Kosher Meat Klub** <br> **4731 W. Burleigh** <br> **Milwaukee, WI  53210** | | | | | | | **60.00** |

Sheet no. **13** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,193.13**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ted's Fruit Market, Inc.**       Case No. _____
       Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9000** <br> **Krinos Foods, LLC** <br> **47-00 Northern Boulevard** <br> **Long Island, NY 11101** | | | | | | | 1,512.53 |
| ACCOUNT NO. <br> **Krinos Foods** <br> **160 N. Morgan** <br> **Chicago, IL 60607** | | | Assignee or other notification for: <br> Krinos Foods, LLC | | | | |
| ACCOUNT NO. <br> **Kuhns Imports** <br> **905 Lakeside Drive, Ste. 8** <br> **Gurnee, IL 60031** | | | | | | | 100.00 |
| ACCOUNT NO. **evon** <br> **La Galera Produce** <br> **2404 S. Wolcott Avenue, Units 29-30** <br> **Chicago, IL 60608** | | | | | | | 48.00 |
| ACCOUNT NO. **0778** <br> **La Tropican Food, Inc.** <br> **4455 West 45th Street** <br> **Chicago, IL 60632** | | | | | | | 683.00 |
| ACCOUNT NO. <br> **Larcker Recycling Services, Inc.** <br> **4400 W. 45th Street** <br> **Chicago, IL 60632** | | | | | | | 170.00 |
| ACCOUNT NO. **1338** <br> **Law Offices Of Larry J. Meyer** <br> **205 W. Randolph Street, Ste. 820** <br> **Chicago, IL 60606** | | | RE: Milwaukee Synagogue for Russian Jews | | | | 780.00 |

Sheet no. **14** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   $ 3,293.53
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) / Cont.

**IN RE** Ted's Fruit Market, Inc.
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **TEDS**<br>Lifeway Foods, Inc.<br>6431 W. Oakton Street<br>Morton Grove, IL 60053 | | | | | | | 229.50 |
| ACCOUNT NO. **0000**<br>Lipari<br>26661 Bunert Road<br>Warren, MI 48089-1476 | | | | | | | 675.40 |
| ACCOUNT NO. **8852**<br>Loutos Motor Service, Inc.<br>1019 W. 16th Street<br>Chicago, IL 60608 | | | | | | | 150.00 |
| ACCOUNT NO. **271S**<br>Lowell International Company<br>9234 West Belmont Avenue<br>Franklin Park, IL 60131 | | | | | | | 371.04 |
| ACCOUNT NO. **0985**<br>Maestranzi Brothers<br>4715 N. Ronald Street<br>Harwood Heights, IL 60706 | | | | | | | 15.00 |
| ACCOUNT NO. **CKSP**<br>Mandolini Co.<br>2404 S. Wolcott Ave., Unit 28<br>Chicago, IL 60608 | | | | | | | 7,977.00 |
| ACCOUNT NO.<br>Marcas Foods<br>240 N. Rock Road, #246<br>Wichita, KS 67206 | | | | | | | 0.00 |

Sheet no. __15__ of __26__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 9,417.94

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Ted's Fruit Market, Inc.**                                          Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Margarita Gouliamos** <br> 212 E. Cullerton St., Unit 502 <br> Chicago, IL 60616 | | | | | | X | 198,000.00 |
| ACCOUNT NO. **2932** <br> **Martin's Famous Pastry Shoppe, Inc.** <br> 1000 Potato Roll Lane <br> Chambersburg, PA 17202-8897 | | | | | | | 37.24 |
| ACCOUNT NO. <br> **Max's Imports** <br> 4160 E. 15 Mile Road <br> Sterling Heights, MI 48310 | | | | | | | 80.00 |
| ACCOUNT NO. **5790** <br> **May's Honey Farms** <br> 18404 McGuire Road <br> Harvard, IL 60033 | | | | | | | 332.00 |
| ACCOUNT NO. **2643** <br> **MGH Food Services** <br> P.O. Box 2411 <br> Northlake, IL 60164 | | | | | | | 189.48 |
| ACCOUNT NO. <br> **Midland Distributors** <br> 13636 Western Avenue <br> Blue Island, IL 60406 | | | | | | | 200.00 |
| ACCOUNT NO. <br> **Minos Foods** <br> 648 West Lake <br> Addison, IL 60101 | | | | | | | 100.00 |

Sheet no. **16** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **198,938.72**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ted's Fruit Market, Inc.**                                                    Case No. _____
_____                                                
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MN Distribution**<br>**525 Lotus Lane**<br>**Glenview, IL  60025** | | | | | | | **77.90** |
| ACCOUNT NO.<br>**Moonlight International, Inc.**<br>**1107 E. Algonquin Road, #4**<br>**Arlington Heights, IL  60005** | | | | | | | **102.00** |
| ACCOUNT NO. **DSFR**<br>**Mori Milk & Ice Cream Co., Inc.**<br>**3600 N. River Road**<br>**Franklin Park, IL  60131** | | | | | | | **774.67** |
| ACCOUNT NO.<br>**Mounsef International, Inc.**<br>**4738 North Kedzie Avenue**<br>**Chicago, IL  60625** | | | | | | | **12.00** |
| ACCOUNT NO.<br>**MSRJ/Voice Of Israel/Moshiach Now**<br>**3213 N. Oakland Avenue**<br>**Milwaukee, WI  53211** | | | | | | | **780.00** |
| ACCOUNT NO. **EDFR**<br>**Mussman's Back Acres, Inc.**<br>**9998 North 16000 East Road**<br>**Grant Park, IL  60940** | | | | | | | **181.28** |
| ACCOUNT NO. **0815**<br>**Natars NY Food Corp.**<br>**17 53 Street**<br>**Brooklyn, NY  11232** | | | | | | | **6,447.57** |

Sheet no. ___**17**___ of ___**26**___ continuation sheets attached to          Subtotal          $ **8,375.42**
Schedule of Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ted's Fruit Market, Inc.**                                          Case No. _____
_____
Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3281** <br><br> **National Lift Truck, Inc.** <br> **3333 Mount Prospect Road** <br> **Franklin Park, IL  60131** | | | | | | | **39.92** |
| ACCOUNT NO. **2978** <br><br> **Nationalwide P & C Insurance Co.** <br> **One Nationwide Plaza** <br> **Columbus, OH  43215-2220** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Nick G. Roumeliotis** <br> **1141 S. Arlington Heights Road** <br> **Arlington Heights, IL  60005-3165** | | | **Assignee or other notification for: Nationalwide P & C Insurance Co.** | | | | |
| ACCOUNT NO. **3401** <br><br> **NCCI, Inc.** <br> **901 Peninsula Corporate Circle** <br> **Boca Raton, FL  33487-1362** | | | **Workers' Compensation Insurance** | | | | **0.00** |
| ACCOUNT NO. **7797** <br><br> **Nestle Waters North America** <br> **375 Paramount Drive** <br> **Raynham, MA  02767** | | | | | | | **0.00** |
| ACCOUNT NO. **1333** <br><br> **New La Estrella Foods** <br> **3003 W. 63rd Street** <br> **Chicago, IL  60629** | | | | | | | **736.00** |
| ACCOUNT NO. <br><br> **Nick G. Roumeliotis** <br> **1141 S. Arlington Heights Road** <br> **Arlington Heights, IL  60005-3165** | | | **Society Insurance Co.** | | | | **1,800.00** |

Sheet no. **18** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,575.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ted's Fruit Market, Inc.**
_____    Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**North Shore Kosher Bakery**<br>**2919 W. Touhy Avenue**<br>**Chicago, IL 60645** | | | | | | | 57.96 |
| ACCOUNT NO. **1977**<br>**Northern Illinois Milk**<br>**3600 North River Road**<br>**Franklin Park, IL 60131** | | | | | | | 9,642.10 |
| ACCOUNT NO. **1977**<br>**Northern Illinois Milk**<br>**3600 North River Road**<br>**Franklin Park, IL 60131** | | | | | | | 1,286.00 |
| ACCOUNT NO.<br>**Oakton Bakery**<br>**4512 Oakton**<br>**Skokie, IL 60076** | | | | | | | 22.50 |
| ACCOUNT NO. **3445**<br>**Office Of The City Clerk**<br>**Miguel Del Valle**<br>**121 N. LaSalle Street, Room 107**<br>**Chicago, IL 60602** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Oil Plus**<br>**3400 W. Peterson Avenue**<br>**Chicago, IL 60659** | | | | | | | 230.00 |
| ACCOUNT NO.<br>**Optima Foods**<br>**241 Holbrook Drive**<br>**Wheeling, IL 60090** | | | | | | | 0.00 |

Sheet no. **19** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,238.56**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ted's Fruit Market, Inc.** _____    Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0452** <br> **P & M Distributors, Inc.** <br> **985 Marshall Drive** <br> **Des Plaines, IL  60016** | | | | | | | **2,056.00** |
| ACCOUNT NO. **2859** <br> **Panama Distributors Of Fine Produce** <br> **2404 South Wolcott** <br> **Chicago, IL  60608** | | | | | | | **0.00** |
| ACCOUNT NO. **2164** <br> **Peoples Gas** <br> **130 East Randolph Street** <br> **Chicago, IL  60601** | | | | | | | **1,060.84** |
| ACCOUNT NO. **6675** <br> **Pepperidge Farm** <br> **595 Westpot Avenue** <br> **Norwalk, CT  06851** | | | | | | | **145.42** |
| ACCOUNT NO. <br> **Pepperidge Farm** <br> **9900 S. Southwest Highway** <br> **Oak Lawn, IL  60453** | | | **Assignee or other notification for:** <br> **Pepperidge Farm** | | | | |
| ACCOUNT NO. <br> **Pepsi Americas** <br> **1400 West 35th Street** <br> **Chicago, IL  60609** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Peter Housakos** <br> **9041 Oconto Avenue** <br> **Morton Grove, IL  60053** | | | **Promissory Note dated 1/1/2011** | | | | **50,000.00** |

Sheet no. **20** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **53,262.26**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Ted's Fruit Market, Inc.** _____    Case No. _____
          Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1805** <br><br> **Polish Folklore Import Company** <br> **2428 Rose Street** <br> **Franklin Park, IL  60131** | | | | | | | 798.55 |
| ACCOUNT NO. **2578** <br><br> **Quill Corporation** <br> **P.O. Box 37600** <br> **Philadelphia, PA  19101-0600** | | | | | | | 318.22 |
| ACCOUNT NO. **3454** <br><br> **R & F Imports, Inc.** <br> **26W415 St. Charles Rd., Ste. C** <br> **Carol Stream, IL  60188** | | | | | | | 86.16 |
| ACCOUNT NO. <br><br> **Racconto** <br> **2060 Janice Avenue** <br> **Melrose Park, IL  60160** | | | | | | | 0.00 |
| ACCOUNT NO. **721** <br><br> **Rain Trading, Inc.** <br> **3033 Malmo Drive** <br> **Arlington Heights, IL  60005** | | | | | | | 642.68 |
| ACCOUNT NO. **7299** <br><br> **Regal Health Food International, Inc.** <br> **3705 West Grand Avenue** <br> **Chicago, IL  60651** | | | | | | | 1,291.05 |
| ACCOUNT NO. **8212** <br><br> **Riverside Specialty Foods, Inc.** <br> **1 Depot Lane** <br> **Seabrook, NH  03874** | | | | | | | 99.00 |

Sheet no. **21** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,235.66**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Ted's Fruit Market, Inc._____          Case No. _____
                    Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2640** <br><br>**Roscoe & Western Service Center**<br>**3355 N. Western Avenue**<br>**Chicago, IL  60618** | | | | | | | 2,309.99 |
| ACCOUNT NO. **0010** <br><br>**Royalty Foods, LLC**<br>**1450 American Lane, Ste. 1439**<br>**Schaumburg, IL  60173** | | | | | | | 643.00 |
| ACCOUNT NO. <br><br>**S.E.G. International**<br>**2026 Glenview Road**<br>**Northbrook, IL  60062** | | | | | | | 0.00 |
| ACCOUNT NO. **7587** <br><br>**Safety Services Company**<br>**P.O. Box 6408**<br>**Yuma, AZ  85366-6408** | | | | | | | 99.98 |
| ACCOUNT NO. <br><br>**Sibley Store Fixtures**<br>**2 West 147th Street**<br>**Harvey, IL  60426** | | | | | | | 228.00 |
| ACCOUNT NO. **5326** <br><br>**Snyder's Of Hanover, Inc.**<br>**1250 York Street**<br>**Hanover, PA  17331** | | | | | | | 241.16 |
| ACCOUNT NO. <br><br>**Society Insurance**<br>**150 Camelot Drive**<br>**Fond Du Lac, WI  54936** | | | | | | | 4,797.00 |

Sheet no. __22__ of __26__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 8,319.13

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ted's Fruit Market, Inc.                                    Case No. _____
                        Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1473** <br> **Strube Celery & Vegetable Company** <br> **2404 S. Wolcott Ave., Units 16-20** <br> **Chicago, IL 60608** | | | | | | | 24,061.00 |
| ACCOUNT NO. <br> **Sunny Hill Honey** <br> **18404 McGuire Road** <br> **Harvard, IL 60033** | | | | | | | 100.00 |
| ACCOUNT NO. <br> **T & G Mechanical Services, Inc.** <br> **18 W. 641 Roosevelt Rd.** <br> **Lombard, IL 60148** | | | | | | | 100.00 |
| ACCOUNT NO. <br> **TeleCheck Services, Inc.** <br> **P.O. Box 60028** <br> **City Of Industry, CA 91716-0028** | | | | | | | 15.00 |
| ACCOUNT NO. <br> **The Chicago Jewish News** <br> **5301 W. Dempster** <br> **Skokie, IL 60077** | | | | | | | 956.25 |
| ACCOUNT NO. <br> **The Garage Car Care Auto Repair** <br> **6051 N. California** <br> **Chicago, IL 60659** | | | | | | | 400.00 |
| ACCOUNT NO. <br> **Theodoros Mellos** <br> **C/O Arthur E. Stamas, P.C.** <br> **330 North Wabash Ave., Ste. 2305** <br> **Chicago, IL 60611** | | | **Landlord for 2840 Devon, Chicago, IL** | | | | 40,000.00 |

Sheet no. **23** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **65,632.25**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ted's Fruit Market, Inc.**                                                                Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Therm Tech** <br> **4309 S. Halsted Street** <br> **Chicago, IL  60609** | | | | | | | 100.00 |
| ACCOUNT NO. <br> **TM Tire Co., Inc.** <br> **4201 Midlothian Turnpike** <br> **Crestwood, IL  60445** | | | | | | | 860.67 |
| ACCOUNT NO. **7073** <br> **TMG** <br> **100 Throckmorton Street, Ste. 1800** <br> **Fort Worth, TX  76102** | | | Merchant Agreement | | | | 0.00 |
| ACCOUNT NO. <br> **Today's Tempations, Inc.** <br> **1900 N. Austin** <br> **Chicago, IL  60639** | | | | | | | 50.00 |
| ACCOUNT NO. **8201** <br> **TransTech Merchant Group** <br> **100 Throckmorton Street, Ste. 1800** <br> **Ft. Worth, TX  76102** | | | | | | | 100.00 |
| ACCOUNT NO. <br> **Trilini** <br> **41 Terrace Place** <br> **Brooklyn, NY  11218** | | | | | | | 200.00 |
| ACCOUNT NO. <br> **Tuchten** <br> **59-61 South Water Market** <br> **Chicago, IL  60608** | | | | | | | 200.00 |

Sheet no. **24** of **26** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        $  1,510.67

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)                        $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ted's Fruit Market, Inc.**                                                    Case No. _____
_____                                                        (If known)
            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6926** <br> **Turano Baking Company** <br> **6501 West Roosevelt Road** <br> **Berwyn, IL  60402** | | | | | | | 100.00 |
| ACCOUNT NO. **6739** <br> **United Packaging Products, Inc.** <br> **854 Fairway Drive** <br> **Bensenville, IL  60106** | | | | | | | 937.82 |
| ACCOUNT NO.  **231** <br> **Universal Food Distributors, Inc.** <br> **17 53rd Street** <br> **Brooklyn, NY  11232** | | | | | | | 100.00 |
| ACCOUNT NO. <br> **V & G Commerce** <br> **881 North Central** <br> **Wood Dale, IL  60191** | | | | | | | 150.00 |
| ACCOUNT NO. <br> **V.E. Berg & Sons Co.** <br> **4949-4951 Elston Avenue** <br> **Chicago, IL  60630** | | | | | | | 770.00 |
| ACCOUNT NO. <br> **Val's Bakery** <br> **4002 Main Street** <br> **Skokie, IL  60076** | | | | | | | 80.00 |
| ACCOUNT NO. **0001** <br> **Verizon Wireless** <br> **P.O. Box 25505** <br> **Lehigh Valley, PA  18002-5505** | | | | | | | 377.70 |

Sheet no. __25__ of __26__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,515.52**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ted's Fruit Market, Inc.                                      Case No. _____
_____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8722** <br> **Vita Food Products** <br> **2222 West Lake Street** <br> **Chicago, IL  60612** | | | | | | | 732.66 |
| ACCOUNT NO. <br> **Volume Plastics, Inc.** <br> **P.O. Box 597306** <br> **Chicago, IL  60659-7306** | | | | | | | 450.00 |
| ACCOUNT NO. <br> **Wayne's World** <br> **2404 South Wolcott, Units 32-33** <br> **Chicago, IL  60608** | | | | | | | 480.00 |
| ACCOUNT NO. <br> **Weston Bakeries** <br> **2055 W. Army Trail Road, #140** <br> **Addison, IL  60101** | | | | | | | 80.00 |
| ACCOUNT NO. **1173** <br> **YPV Distribution** <br> **160 Scott Street** <br> **Elk Grove Village, IL  60007** | | | | | | | 181.84 |
| ACCOUNT NO. **1422** <br> **Ziyad Brothers Importing** <br> **5400 West 35th Street** <br> **Cicero, IL  60804** | | | | | | | 150.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**26**__ of __**26**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **2,074.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $  **556,299.29**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE Ted's Fruit Market, Inc.                                                        Case No. _____
                              Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Theodoros Mellos**<br>**C/O Arthur E. Stamas, P.C.**<br>**330 North Wabash Ave., Ste. 2305**<br>**Chicago, IL  60611** | **Lease for premises located at 2840 Devon, Chicago, IL** |
| **TMG**<br>**100 Throckmorton Street, Ste. 1800**<br>**Fort Worth, TX  76102** | **Merchant Agreement dated 4/19/2010** |
| **Lease Finance Group, LLC**<br>**233 N. Michigan Ave., Suite 1800**<br>**Chicago, IL  60601** | **Merchant Pro xsc4550 Pin Pad 1300 Lease** |
| **Automatic Icemakers LLC**<br>**P.O. Box 5436**<br>**Chicago, IL  60680** | **Monthly Rental**<br>**Lease No. 4068-1** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Ted's Fruit Market, Inc.**
_____    Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE  Ted's Fruit Market, Inc.
_____
                    Debtor(s)                                                    Case No. _____
                                                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
                                                                                                                            Debtor

Date: _____    Signature: _____
                                                                                                                (Joint Debtor, if any)
                                                                                    [If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Ted's Fruit Market, Inc.** _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**38** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 27, 2012** _____    Signature: ***/s/ Nick Pappas*** _____

                                                        **Nick Pappas** _____
                                                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                    Case No. _____

Ted's Fruit Market, Inc.                                                                Chapter **7** _____
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2,080,000.00 | 2010 Gross sales |
| 1,700,000.00 | 2011 Gross Sales |
| 140,000.00 | 2012 gross sales YTD |

---

**2. Income other than from employment or operation of business**

None ☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached List | | 0.00 | 0.00 |

None *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Nick Pappas**<br>**Officer** | **various salary** | **40,500.00** | **0.00** |
| **Pauline Pappas**<br>**owner spouse** | **various salary** | **10,400.00** | **0.00** |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **City of Chicago v. Ted's Fruit Market, Inc.**<br>**Case No. 12 M1 651256** | **Registration of Administrative Judgment** | **Circuit Court of Cook County, Illinois**<br>**First Municipal District** | **Judgment  $9400** |
| **Anthony Marano v Ted's Fruit Market, Inc.11C 1766** | **collection** | **ND IL Dist Ct** | **pending** |
| **Strube Celery & Vegetable Co., et al. v. Ted's Fruit Market, Inc., et al.**<br>**Case No. 1:12-cv-01052** | **Temporary Restraining Order** | **United States District Court for the Northern District of Illinois, Eastern Division** | |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gierum & Mantas**<br>**9700 W. Higgins Road**<br>**Rosemont, IL  60018** | **2/2012** | **4,694.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Brickyard Bank**<br>**6676 N. Lincoln Ave.**<br>**Lincolnwood, IL  60712** | **2/3/12 payroll checking** | **negative $24.58** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.



© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Ted's Fruit Market, Inc.** | **36-3833385** | **2840 W. Devon Ave. Chicago, IL  60659** | **fruit market/grocery** | **7/92 to 2/12** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                         DATES SERVICES RENDERED
**Swartz Financial Management**          **ongoing**
**650 E. Algonquin Road  Ste. 404**
**Schaumburg, IL  60173**

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **Nick Pappas** | **President** | **100%** |
| **4920 Boulder Lane** | | |
| **Barrington, IL  60010** | | |

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 27, 2012**　　　　　　　Signature: ***/s/ Nick Pappas***

**Nick Pappas, President**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**1** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---:|
| 1 | STRUBE | 79,707 |
| 2 | TED MELLOS | 42,120 |
| 3 | ALLEGIANCE BANK/ARCHER | 41,067 |
| 4 | ANTHONY MARANO | 31,024 |
| 5 | JACK TUCHTEN | 30,979 |
| 6 | CITY WIDE PRODUCE | 21,869 |
| 7 | NORTHERN ILLINOIS MILK/DEANS MILK | 17,688 |
| 8 | HYSON | 15,946 |
| 9 | DUTCH FARMS 1530.19 | 12,935 |
| 10 | MUSSMANS BACK ACRES | 12,872 |
| 11 | LIFEWAY | 12,407 |
| 12 | TOM GOULIAMOS | 11,385 |
| 13 | JL GONZALEZ | 10,244 |
| 14 | NATAR | 9,090 |
| 15 | LA TROPICANA | 8,939 |
| 16 | KRINOS | 7,801 |
| 17 | LOWELL | 7,179 |
| 18 | COOSMANS CHICAGO | 6,565 |
| 19 | JAB PRODUCE | 6,304 |
| 20 | UNITED PACKAGING | 6,187 |
| 21 | PETE HOUSAKOS | 5,500 |
| 22 | ZIYAD | 5,418 |
| 23 | LIPARI | 5,134 |
| 24 | I.G.F. | 5,133 |
| 25 | GRANTE | 5,100 |
| 26 | VE BERG | 5,040 |
| 27 | ASHLAND SAUSAGE | 5,000 |

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**

Case No. _____

Ted's Fruit Market, Inc.

Chapter **7** _____

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **185**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **February 27, 2012** _____

*/s/ Nick Pappas* _____

Debtor

_____

Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Ted's Fruit Market, Inc.**
**2840 W. Devon Avenue**
**Chicago, IL  60659**

**Alpha Omega Pest Control**
**P.O. Box 1285**
**Lombard, IL  60148**

**Automatic Icemakers LLC**
**P.O. Box 5436**
**Chicago, IL  60680**

**Gierum & Mantas**
**9700 West Higgins Road Suite 1015**
**Rosemont, IL  60018**

**American Nut & Candy, Inc.**
**7125 W. Devon**
**Niles, IL  60714**

**Bais Yaakov High School Of Chicago**
**333 W. Peterson Avenue**
**Chicago, IL  60659**

**3AAA Pest Control**
**7921 W. 101st Street**
**Palos Hills, IL  60465**

**AmTrust North America**
**Technology Insurance Company**
**5800 Lombardo Center**
**Cleveland, OH  44131-2550**

**Baltic Bread**
**200 Gibson Avenue**
**Hamilton, ON  L8L 6K1**

**A & A Store Equipment, Inc.**
**4259 S. Western Boulevard**
**Chicago, IL  60609**

**Anthony Marano Company**
**3000 South Ashland Avenue, Ste. 100**
**Chicago, IL  60608**

**Baltic Food Distributing, Inc.**
**1349 Enterprise Drive**
**Romeoville, IL  60446**

**A.B. Company, Inc.**
**6525 North Proesel Avenue**
**Lincolnwood, IL  60712**

**Argo, Inc.**
**Georgian Bakery**
**2812 West Devon**
**Chicago, IL  60659**

**Banner Wholesale**
**115 South Water Market**
**Chicago, IL  60608**

**AAA Price Tag & Specialty Co.**
**3388 North Avondale Avenue**
**Chicago, IL  60618**

**Arie Crown Hebrew Day School**
**4600 Main Street**
**Skokie, IL  60076**

**Banner Wholesale Grocers**
**3000 S. Ashland Ave., #30**
**Chicago, IL  60608**

**ABCO Distributing**
**P.O. Box 59226**
**Chicago, IL  60659**

**Ashland Sausage Co.**
**280 Westgate Drive**
**Carol Stream, IL  60188**

**Battaglia Distributing Co., Inc.**
**2500 S. Ashland Avenue**
**Chicago, IL  60608**

**Agudath Israel Of Illinois**
**3555 West Peterson**
**Chicago, IL  60659**

**AT&T**
**P.O. Box 5080**
**Carol Stream, IL  60197**

**Bimbo Foods, Inc.**
**65 S. Fairbank Street**
**Addison, IL  60101**

**Alef Sausage, Inc.**
**1026 Campus Drive**
**Mundelein, IL  60060**

**Athanasios Gouliamos**
**212 E. Cullertn St., Unit 502**
**Chicago, IL  60616**

**Boss Trading Corp.**
**843 North Central Avenue**
**Wood Dale, IL  60191**

**Allied West**
**2608 South Damen**
**Chicago, IL  60608**

**Auster Acquistions, LLC**
**2404 South Wolcott Avenue**
**Chicago, IL  60608**

**Bread And Cake Distribution, Inc.**
**195 N. Harbor Drive, Unit 3209**
**Chicago, IL  60601**

Brickyard Bank
6676 N. Lincoln Avenue
Lincolnwood, IL  60712

ComEd
10 South Dearborn, 48th Floor
Chicago, IL  60603

Delta Marketing
2476 East Oakton
Arlington Heights, IL  60005

Caramela Bakery
3945 West Armitage Avenue
Chicago, IL  60647

Coosemans Chicago, Inc.
2404 S. Wolcott, Unit 13
Chicago, IL  60608

Dietz & Kolodenko
2404 S. Wolcott, #24-25
Chicago, IL  60608

Cassidy Tire & Service
4907 Main Street
Skokie, IL  60077

Corfu Foods, Inc.
755 Thomas Drive
Bensenville, IL  60106

Dr. Pepper Snapple Group
401 N. Railroad Avenue
Northlake, IL  60164

Cedar's Mediterranean Distribution, Inc.
P.O. Box 5951
Springfield, MA  01101-5951

Country Gas
4010 Highway 14
Crystal Lake, IL  60014

DTI Huntley
P.O. Box 800
Huntley, IL  60142

Chicago Packaging Supply, Inc.
5750 West Bloomingdale
Chicago, IL  60639

CPP
3220 Keller Springs Road, #128
Carrollton, TX  75006

Dutch Farms, Inc.
700 E. 107th Street
Chicago, IL  60628

City Of Chicago
C/O  Heller And Frison
33 N. LaSalle Street, Ste. 1200
Chicago, IL  60602

Crandall, Dubow & Harner, Inc.
3175 Commercial Avenue, Ste. 200
Northbrook, IL  60062

Eagle Distributors, Inc.
5632 N. Northwest Highway
Chicago, IL  60646

City Of Chicago - Dep. Of Buildings
120 N. Racine, 1st Floor
Chicago, IL  60607

Cumex Distributors, Inc.
4545 West Homer
Chicago, IL  60639

Eure-Delights
910 W. Randolph
Chicago, IL  60607

City Of Chicago - Department Of Finance
C/O Arnold Scott Harris, P.C.
222 Merchandise Mart Plaza, Ste. 1932
Chicago, IL  60654

D.M. Emporium
3014 Willow Street
Franklin Park, IL  60131

Europa Bakery
4345 West 47th Street
Chicago, IL  60632

City Wide Produce Dist.
2404 S. Wolcott Avenue
Chicago, IL  60608

Dairy Fresh Foods, Inc.
21405 Trolley Industrial Drive
Taylor, MI  48180-1811

Evergreen International, Inc.
2404 S. Wolcott, Units 8 & 9
Chicago, IL  60608

Coca-Cola Refreshments
Cicero Sales Center
2335 Paysphere Circle
Chicago, IL  60674

Dearborn Wholesale Grocers, L.P.
2801 South Western
Chicago, IL  60608

Fantis Imports, Inc.
3612 N. Acorn Lane
Franklin Park, IL  60131

First  Advantage
100 Throckmorton St., Ste. 1800
Ft. Worth, TX  76102

Gold Star
570 Smith Street
Brooklyn, NY  11231

Ideal Pastry
4763-65 N. Milwaukee
Chicago, IL  60630

Flowmaster
13527 S. Brainard
Chicago, IL  60633

Goya
1401 Remington Blvd.
Bolingbrook, IL  60490

Illinois Department Of Revenue
33 S. State, 9th Floor
Chicago, IL  60603-2802

Food Depot International
1178 Flex Court
Lake Zurich, IL  60047

Grand Prix
6153 W. Mulford St., Ste. B
Niles, IL  60714

Illinois Department Of Revenue
P.O. Box 64338
Chicago, IL  60664-0338

Fresh Made
810 Bleigh Avenue
Philadelphia, PA  19111-3096

Grante Food International LLC
8770 W. Bryn Mawr Ave., Ste. 1300
Chicago, IL  60631

Internal Revenue Service
Cincinnati, OH  45999-0039

Frito-Lay
P.O. Box 6431103
Pittsburgh, PA  15264-3103

Grinalat Foods?HYSON
2476 East Oakton
Arlington Heights, IL  60005

International Golden Foods, Inc.
819 Industrial Drive
Bensenville, IL  60106

Fullerton Cash Registers
5791 North Elston Avenue
Chicago, IL  60646

Hanmi, Inc.
5447 N. Wolcott
Chicago, IL  60640

J.L. Gonzalez Produce, Inc.
2404 S. Wolcott Ave., Units 5-7
Chicago, IL  60608

Futuro Foods
3115 Madison St., Unit F
Bellwood, IL  60104

Heartland Produce Co.
4550 70th Avenue
Kenosha, WI  53144

JAB Produce
2404 S. Wolcott
Chicago, IL  60608

G & B Plumbing & Heating
P.O. Box 597331
Chicago, IL  60659

Hebros Foods
2662 American Lane
Elk Grove Village, IL  60007

Jack Tuchten Wholesale Produce, Inc.
2404 S. Wolcott, Unit 31
Chicago, IL  60608

George's Sign Service, Inc.
P.O. Box 184
Palos Park, IL  60464

Hudson Energy
24919 Network Place
Chicago, IL  60673-1249

Jerry Wolkenheim
7414 N. Crawford Avenue
Skokie, IL  60076

Globe Resource, Inc.
5231 W. Cullom Avenue
Chicago, IL  60641

Hyson USA, Inc.
612 Supreme Drive
Bensenville, IL  60106

Jewish Star
P.O. Box 268
Skokie, IL  60076

Johnstone Supply
2525 N. Elston Avenue
Chicago, IL  60647

Joseph Mullarkey Dist.
2200 Ridge Drive
Glenview, IL  60025

K.M.K. Distributors
4731 W. Burleigh
Milwaukee, WI  53210

Kehe Distributors
24972 Network Place
Chicago, IL  60673-1249

KhD Distribution, LLC
P.O. Box 91836
Elk Grove, IL  60009

Kosher Meat Klub
4731 W. Burleigh
Milwaukee, WI  53210

Krinos Foods
160 N. Morgan
Chicago, IL  60607

Krinos Foods, LLC
47-00 Northern Boulevard
Long Island, NY  11101

Kuhns Imports
905 Lakeside Drive, Ste. 8
Gurnee, IL  60031

La Galera Produce
2404 S. Wolcott Avenue, Units 29-30
Chicago, IL  60608

La Tropican Food, Inc.
4455 West 45th Street
Chicago, IL  60632

Larcker Recycling Services, Inc.
4400 W. 45th Street
Chicago, IL  60632

Law Offices Of Larry J. Meyer
205 W. Randolph Street, Ste. 820
Chicago, IL  60606

Lease Finance Group, LLC
233 N. Michigan Ave., Suite 1800
Chicago, IL  60601

Lifeway Foods, Inc.
6431 W. Oakton Street
Morton Grove, IL  60053

Lipari
26661 Bunert Road
Warren, MI  48089-1476

Loutos Motor Service, Inc.
1019 W. 16th Street
Chicago, IL  60608

Lowell International Company
9234 West Belmont Avenue
Franklin Park, IL  60131

Maestranzi Brothers
4715 N. Ronald Street
Harwood Heights, IL  60706

Mandolini Co.
2404 S. Wolcott Ave., Unit 28
Chicago, IL  60608

Marcas Foods
240 N. Rock Road, #246
Wichita, KS  67206

Margarita Gouliamos
212 E. Cullerton St., Unit 502
Chicago, IL  60616

Martin's Famous Pastry Shoppe, Inc.
1000 Potato Roll Lane
Chambersburg, PA  17202-8897

Max's Imports
4160 E. 15 Mile Road
Sterling Heights, MI  48310

May's Honey Farms
18404 McGuire Road
Harvard, IL  60033

MGH Food Services
P.O. Box 2411
Northlake, IL  60164

Michael T. Stanley
ORDOWER & ORDOWER, P.C.
One North LaSalle St., Ste. 1300
Chicago, IL  60602

Midland Distributors
13636 Western Avenue
Blue Island, IL  60406

Minos Foods
648 West Lake
Addison, IL  60101

MN Distribution
525 Lotus Lane
Glenview, IL  60025

Moonlight International, Inc.
1107 E. Algonquin Road, #4
Arlington Heights, IL  60005

Mori Milk & Ice Cream Co., Inc.
3600 N. River Road
Franklin Park, IL  60131

Mounsef International, Inc.
4738 North Kedzie Avenue
Chicago, IL  60625

MSRJ/Voice Of Israel/Moshiach Now
3213 N. Oakland Avenue
Milwaukee, WI  53211

Mussman's Back Acres, Inc.
9998 North 16000 East Road
Grant Park, IL  60940

Natars NY Food Corp.
17 53 Street
Brooklyn, NY  11232

National Lift Truck, Inc.
3333 Mount Prospect Road
Franklin Park, IL  60131

Nationalwide P & C Insurance Co.
One Nationwide Plaza
Columbus, OH  43215-2220

Nationwide
Nick G. Roumeliotis, Ltd.
1141 S. Arlington Hts. Rd., Unit H
Arlington Heights, IL  60005-3165

NCCI, Inc.
901 Peninsula Corporate Circle
Boca Raton, FL  33487-1362

Nestle Waters North America
375 Paramount Drive
Raynham, MA  02767

New La Estrella Foods
3003 W. 63rd Street
Chicago, IL  60629

Nick G. Roumeliotis
1141 S. Arlington Heights Road
Arlington Heights, IL  60005-3165

North Shore Kosher Bakery
2919 W. Touhy Avenue
Chicago, IL  60645

Northern Illinois Milk
3600 North River Road
Franklin Park, IL  60131

Oakton Bakery
4512 Oakton
Skokie, IL  60076

Office Of The City Clerk
Miguel Del Valle
121 N. LaSalle Street, Room 107
Chicago, IL  60602

Oil Plus
3400 W. Peterson Avenue
Chicago, IL  60659

Optima Foods
241 Holbrook Drive
Wheeling, IL  60090

P & M Distributors, Inc.
985 Marshall Drive
Des Plaines, IL  60016

Panama Distributors Of Fine Produce
2404 South Wolcott
Chicago, IL  60608

Peoples Gas
130 East Randolph Street
Chicago, IL  60601

Pepperidge Farm
595 Westpot Avenue
Norwalk, CT  06851

Pepperidge Farm
9900 S. Southwest Highway
Oak Lawn, IL  60453

Pepsi Americas
1400 West 35th Street
Chicago, IL  60609

Peter Housakos
9041 Oconto Avenue
Morton Grove, IL  60053

Polish Folklore Import Company
2428 Rose Street
Franklin Park, IL  60131

Quill Corporation
P.O. Box 37600
Philadelphia, PA  19101-0600

R & F Imports, Inc.
26W415 St. Charles Rd., Ste. C
Carol Stream, IL  60188

Racconto
2060 Janice Avenue
Melrose Park, IL  60160

Rain Trading, Inc.
3033 Malmo Drive
Arlington Heights, IL  60005

Strube Celery & Vegetable Company
2404 S. Wolcott Ave., Units 16-20
Chicago, IL  60608

Today's Tempations, Inc.
1900 N. Austin
Chicago, IL  60639

Regal Health Food International, Inc.
3705 West Grand Avenue
Chicago, IL  60651

Sunny Hill Honey
18404 McGuire Road
Harvard, IL  60033

TransTech Merchant Group
100 Throckmorton Street, Ste. 1800
Ft. Worth, TX  76102

Riverside Specialty Foods, Inc.
1 Depot Lane
Seabrook, NH  03874

T & G Mechanical Services, Inc.
18 W. 641 Roosevelt Rd.
Lombard, IL  60148

Trilini
41 Terrace Place
Brooklyn, NY  11218

Roscoe & Western Service Center
3355 N. Western Avenue
Chicago, IL  60618

TeleCheck Services, Inc.
P.O. Box 60028
City Of Industry, CA  91716-0028

Tuchten
59-61 South Water Market
Chicago, IL  60608

Royalty Foods, LLC
1450 American Lane, Ste. 1439
Schaumburg, IL  60173

The Chicago Jewish News
5301 W. Dempster
Skokie, IL  60077

Turano Baking Company
6501 West Roosevelt Road
Berwyn, IL  60402

S.E.G. International
2026 Glenview Road
Northbrook, IL  60062

The Garage Car Care Auto Repair
6051 N. California
Chicago, IL  60659

United Packaging Products, Inc.
854 Fairway Drive
Bensenville, IL  60106

Safety Services Company
P.O. Box 6408
Yuma, AZ  85366-6408

Theodoros Mellos
C/O Arthur E. Stamas, P.C.
330 North Wabash Ave., Ste. 2305
Chicago, IL  60611

Universal Food Distributors, Inc.
17 53rd Street
Brooklyn, NY  11232

Sibley Store Fixtures
2 West 147th Street
Harvey, IL  60426

Therm Tech
4309 S. Halsted Street
Chicago, IL  60609

V & G Commerce
881 North Central
Wood Dale, IL  60191

Snyder's Of Hanover, Inc.
1250 York Street
Hanover, PA  17331

TM Tire Co., Inc.
4201 Midlothian Turnpike
Crestwood, IL  60445

V.E. Berg & Sons Co.
4949-4951 Elston Avenue
Chicago, IL  60630

Society Insurance
150 Camelot Drive
Fond Du Lac, WI  54936

TMG
100 Throckmorton Street, Ste. 1800
Fort Worth, TX  76102

Val's Bakery
4002 Main Street
Skokie, IL  60076

**Verizon Wireless**
**P.O. Box 25505**
**Lehigh Valley, PA  18002-5505**

**Vita Food Products**
**2222 West Lake Street**
**Chicago, IL  60612**

**Volume Plastics, Inc.**
**P.O. Box 597306**
**Chicago, IL  60659-7306**

**Wayne's World**
**2404 South Wolcott, Units 32-33**
**Chicago, IL  60608**

**Weston Bakeries**
**2055 W. Army Trail Road, #140**
**Addison, IL  60101**

**YPV Distribution**
**160 Scott Street**
**Elk Grove Village, IL  60007**

**Ziyad Brothers Importing**
**5400 West 35th Street**
**Cicero, IL  60804**